# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re: § Case No. **09-57435-JEH**
§
**YOUNG, TRINITA LOUISE** § Chapter 7
§
§ Judge: **Hoffman**
Debtor(s). §

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $7.27 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Insight Communications<br>3770 E Livingston Avenue, Columbus OH 43227 | 2 | 0.52 |
| Wake Robin Apartments<br>1700 Bob-O-Link Bend W, Columbus OH 43228 | 3 | 2.53 |
| City of Warren<br>PO Box 230, Warren OH 44482 | 4 | 4.22 |

Dated: 10/13/10

*/s/ Frederick M. Luper*
Frederick M. Luper, Case Trustee

cc: U.S. Trustee
Creditor